JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

CARL W. HEFTON (individually, and on
behalf of DOUG TURNER, TROY FIELDS,
RICHARD BLACKMON, BOB CARTER,
DALE KESLER, RICHARD CAPERTON,
DAN CONWAY and ELLIOTT S. OSHRY),
and BEN G. GILL (individually, and on behalf
of BRIAR TREE, LTD),

                             Plaintiffs,

- against -

VISCERN HOLDING CORPORATION,

                             Defendant.

------------------------------------------------------------ X

**07 CIV 9586**

07 Civ. [number]

RULE 7.1 DISCLOSURE STATEMENT



      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Viscern Holding Corporation, a non-governmental corporate party, by its undersigned counsel Nixon Peabody LLP, states that it is not publicly traded. Viscern, Inc. is a wholly-owned subsidiary of Viscern Holding Corporation. Viscern Holding Corporation also has the following corporate affiliates: Resources Services, Inc., Ketchum Incorporated, Resource Services Capital Corporation RSI Financial Services, Inc., Spruce Lodge 293/295, L.L.C. and RSI Fund Raising (Canada) Ltd.

Dated: October 26, 2007

                              NIXON PEABODY LLP

                        By: *Christopher M. Mason*
                              Christopher M. Mason (CM 7146)
                              437 Madison Avenue
                              New York, New York 10022
                              (212) 940-3000

                              Attorneys for Plaintiff-Appellant

TO:   Steven D. Karlin
      PLATZER, SWERGOLD, KARLIN, LEVINE,
       GOLDBERG & JASLOW, LLP
      1065 Avenue of the Americas
      18th Floor
      New York, New York 10018
      (212) 593-3000

      Attorneys for Defendant-Respondent