PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

CARL W. HEFTON (individually, and on
behalf of DOUG TURNER, TROY FIELDS,
RICHARD BLACKMON, BOB CARTER,
DALE KESLER, RICHARD CAPERTON,
DAN CONWAY and ELLIOTT S. OSHRY),
and BEN G. GILL (individually, and on behalf
of BRIAR TREE, LTD),

                        Plaintiffs,

- against -

VISCERN HOLDING CORPORATION,

                        Defendant.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

STIPULATION EXTENDING
TIME

07 Civ. 9586 (RPP)

       Plaintiffs and Defendant hereby stipulate and agree that:

       1.     The time for Defendant to answer, move, or otherwise plead in response to the Complaint was extended to November 14, 2007 by agreement between the parties before removal of this action from the Supreme Court of the State of New York, New York County, to this Court.

       2.     The parties agree that this extension remains effective following removal.

       3.     Nothing in this extension shall be deemed a waiver by Plaintiffs of any argument for remand of this action.

10791063.1

- 2 -

Dated: November 5, 2007

                              PLATZER, SWERGOLD, KARLIN,
                              LEVINE, GOLDBERG & JASLOW, LLP

By: _____
       Steven D. Karlin
       SK-0633

1065 Avenue of the Americas, 18th Floor
New York, New York 10018
(212) 593-3000

Attorneys for Plaintiffs

NIXON PEABODY LLP

By: _____
       Christopher M. Mason
       CM-7146

437 Madison Avenue
New York, New York 10022
(212) 940-3000

Attorneys for Defendant

11/14/07
SO ORDERED:

_____
U.S.D.J.