UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                           :

CARL W. HEFTON (individually, and on
behalf of DOUG TURNER, TROY FIELDS,
RICHARD BLACKMON, BOB CARTER,        :  Index No. 07 Civ. 9586 (RPP)
DALE KESLER, RICHARD CAPERTON,
DAN CONWAY and ELLIOTT S. OSHRY),
and BEN G. GILL (individually, and on behalf
of BRIAR TREE, LTD),

                                    Plaintiffs,

                - against -

VISCERN HOLDING CORPORATION,

                                  Defendant.
------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

      This is to certify that on November 14, 2007, I served a true copy of the Answer and Affirmative Defenses of Viscern Holding Corporation by depositing a true copy of same, properly enclosed in a postpaid envelope, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                  Steven D. Karlin
                  PLATZER, SWERGOLD, KARLIN, LEVINE,
                      GOLDBERG & JASLOW, LLP
                  1065 Avenue of the Americas, 18th Floor
                      New York, New York 10018
                            (212) 593-3000


                            _____/s/_____
                            Christopher M. Mason (CM-7146)