UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
CARL W. HEFTON (individually, and on behalf of :
DOUG TURNER, TROY FIELDS, RICHARD
BLACKMON, BOB CARTER, DALE KESLER, :
RICHARD CAPERTON, DAN CONWAY AND
ELLIOTT S. OSHRY), and BEN G. GILL (individually, :   07-CV-9586 (RPP)
and on behalf of BRIAR TREE, LTD)
                                              :   **AFFIDAVIT OF SERVICE**
               Plaintiffs,
                                              :
   -against-
                                              :
VISCERN HOLDING CORPORATION,
                                              :
               Defendant.
------------------------------------------- x
STATE OF NEW YORK   )
                        )ss.:
COUNTY OF NEW YORK)

       Wendi Leon, being duly sworn, deposes and says:

       1.    I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

       2.    On November 19, 2007 I served true and correct copies of the Notice of Motion, Affirmation and Memorandum of Law in Support of Plaintiffs' Motion to Remand, via U.S. mail, in a properly addressed envelope, and deposited same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon the following party:

Christopher M. Mason, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, New York 10022


                                                      /s/ Wendi Leon
                                                      WENDI LEON

Sworn to before me this
19th day of November, 2007


/s/ Andrew S. Muller
NOTARY PUBLIC


G:\wpdocs\working\CLIENTS\CARL HEFTON\AOS - NOM, Aff, MOL.wpd