UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CARL W. HEFTON (individually, and on                          :
behalf of DOUG TURNER, TROY FIELDS,                           :
RICHARD BLACKMON, BOB CARTER,                                 :   Index No. 07 Civ. 9586 (RPP)
DALE KESLER, RICHARD CAPERTON,                                :
DAN CONWAY and ELLIOTT S. OSHRY),                             :
and BEN G. GILL (individually, and on behalf                  :
of BRIAR TREE, LTD),                                          :
                                                              :
                                        Plaintiffs,           :
                                                              :
                - against -                                   :
                                                              :
VISCERN HOLDING CORPORATION,                                  :
                                                              :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2007, I electronically filed the foregoing Memorandum of Law in Opposition to Plaintiffs' Motion to Remand with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant on this case:

1. Steven D. Karlin    skarlin@platzerlaw.com

      /s/ Christopher M. Mason
      Christopher M. Mason (CM-7146)
      Nixon Peabody LLP
      437 Madison Avenue
      New York, New York 10022
      (212) 940-30000
      cmason@nixonpeabody.com