UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CARL W. HEFTON (individually, and on behalf of
DOUG TURNER, TROY FIELDS, RICHARD
BLACKMON, BOB CARTER, DALE KESLER,
RICHARD CAPERTON, DAN CONWAY AND
ELLIOTT S. OSHRY), and BEN G. GILL (individually,   :   07-CV-9586 (RPP)
and on behalf of BRIAR TREE, LTD)
                                                    :   **REPLY AFFIRMATION**
        Plaintiffs,
                                                    :
    -against-
                                                    :
VISCERN HOLDING CORPORATION,
                                                    :
        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Steven D. Karlin, an attorney duly admitted to practice law in the courts of the State of New York and in the United States District Court for the Southern District of New York affirms the following under penalty of perjury:

1.      I am a member of the firm of Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP attorneys for the plaintiffs, and am fully familiar with the facts and circumstances herein.

2.      I submit this Affirmation in further support of plaintiffs' motion to remand.

3.      Annexed hereto and made a part hereof as Reply Exhibit "A" is a true and correct copy of a Notice of Address Change (the "Notice") from the defendant which was received by the undersigned *after* the Notice of Motion to Remand had been served and filed.

4.      Annexed hereto and made a part hereof as Reply Exhibit "B" is a true and correct copy of a report downloaded by the undersigned from the New York State Department of State indicating that on September 7, 2007 Privet Capital, LLC, the entity now receiving notices on behalf of the defendant, first registered with the New York Department of State.

Dated: New York, New York
       December 14, 2007

                                            /s/ Steven D. Karlin
                                            STEVEN D. KARLIN (SK-0633)