## VISCERN HOLDING CORPORATION

555 THEODORE FREMD AVENUE, SUITE C-207　　　　　　　　　　　　　　　PHONE: (914) 417-6960
RYE, NEW YORK 10580　　　　　　　　　　　　　　　　　　　　　　　　　FAX: (914) 417-6961

November 16, 2007

VIA FAX AND U.S. MAIL

Carl W. Hefton, Sellers' Representative
5151 Belt Line Road, Suite 900
Dallas, Texas 75254

Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201-4693
Attention: Amy R. Curtis

Ben G. Gill, Gill Sellers' Representative
5208 Briar Tree
Dallas, Texas 75248

Ben G. Gill, Gill Sellers' Representative
P.O. Box 8818
Avon, Colorado 81620

Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75202
Attention: Sally A. Schreiber

Viscern Holdings, LLC
c/o Privet Capital, LLC
International Corporate Center at Rye
555 Theodore Fremd Avenue, Suite C-207
Rye, New York 10580
Attn: John Henry Moulton

Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Attn: Bradley C. Vaiana, Esq.

November 16, 2007
Page 2

Re: Notice of Relocation in Connection with Section 13.3 of the Purchase Agreement and Section 7.7 of the Stockholders' Agreement

Ladies and Gentlemen:

Reference is hereby made to (i) that certain Stock Purchase and Redemption Agreement, dated as of December 30, 2005 (the "Purchase Agreement"), by and among Viscern Holding Corporation (the "Company"), Viscern, Inc., Carl W. Hefton, as Sellers' Representative, Ben G. Gill, as Gill Sellers' Representative and each of the Sellers set forth therein and (ii) that certain Stockholders' Agreement (the "Stockholders' Agreement"), dated as of December 30, 2005, among the Company, the Investors set forth therein and the Management Stockholders set forth therein.

Please be advised that effective November 1, 2007 the Company's address for the purpose of giving notice pursuant to Section 13.3 of the Purchase Agreement and Section 7.7 of the Stockholders' Agreement will be:

> Viscern Holding Corporation
> c/o Privet Capital, LLC
> International Corporate Center at Rye
> 555 Theodore Fremd Avenue, Suite C-207
> Rye, New York 10580
> Attn: John Henry Moulton

With a copy to:

> Nixon Peabody LLP
> 437 Madison Avenue
> New York, New York 10022
> Attn: Bradley C. Vaiana, Esq.

Sincerely yours,

VISCERN HOLDING CORPORATION

By: /s/
Name: Thomas Drew
Title: VP & Sec

cc: James T. Drakeley, Esq.