# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: PRIVET CAPITAL, LLC

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | PRIVET CAPITAL, LLC |
| **Initial DOS Filing Date:** | SEPTEMBER 07, 2007 |
| **County:** | WESTCHESTER |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O NATIONAL CORPORATE RESEARCH, LTD.
225 WEST 34TH STREET
SUITE 910
NEW YORK, NEW YORK, 10122

**Registered Agent**
NATIONAL CORPORATE RESEARCH, LTD.
225 WEST 34TH STREET
SUITE 910
NEW YORK, NEW YORK, 10122

NOTE: New York State does not issue organizational identification numbers.

Search Results      New Search

Division of Corporations, State Records and UCC Home Page      NYS Department of State Home Page