UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CARL W. HEFTON (individually, and on behalf of          :
DOUG TURNER, TROY FIELDS, RICHARD
BLACKMON, BOB CARTER, DALE KESLER,                      :
RICHARD CAPERTON, DAN CONWAY AND
ELLIOTT S. OSHRY), and BEN G. GILL (individually,       :    07-CV-9586 (RPP)
and on behalf of BRIAR TREE, LTD)
                                                        :    **NOTICE OF VOLUNTARY**
              Plaintiffs,                                    **DISMISSAL UNDER RULE**
                                                        :    **41(a)(1)(A)(i) OF THE**
      -against-                                              **FEDERAL RULES OF**
                                                        :    **CIVIL PROCEDURE**

VISCERN HOLDING CORPORATION,
                                                        :
              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that, whereas no answer or motion for summary judgment has been filed in the above-captioned proceeding, the plaintiff hereby dismisses the above-captioned action in accordance with, and pursuant to the terms of, Rule 41(a)(1)(A)(i) and 41(a)(1)(B) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       June 17, 2008

                                               PLATZER, SWERGOLD, KARLIN, LEVINE,
                                               GOLDBERG & JASLOW, LLP
                                               Attorneys for Plaintiffs


                                               By: /s/ Steven D. Karlin
                                                   Steven D. Karlin (SK-0633)
                                             1065 Avenue of the Americas - 18th Floor
                                             New York, New York 10018
                                             Telephone:  212-593-3000
                                             Facsimile:   212-593-0353
                                             skarlin@platzerlaw.com

TO: Christopher M. Mason, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, New York 10022