UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CARL W. HEFTON (individually, and on behalf of
DOUG TURNER, TROY FIELDS, RICHARD
BLACKMON, BOB CARTER, DALE KESLER,
RICHARD CAPERTON, DAN CONWAY AND
ELLIOTT S. OSHRY), and BEN G. GILL (individually,
and on behalf of BRIAR TREE, LTD)

          Plaintiffs,

-against-

VISCERN HOLDING CORPORATION,

          Defendant.

------------------------------------------------------------x

:
:
:
:   07-CV-9586 (RPP)
:
:   **NOTICE OF VOLUNTARY**
:   **DISMISSAL UNDER RULE**
:   **41(a)(1)(A)(i) OF THE**
:   **FEDERAL RULES OF**
:   **CIVIL PROCEDURE**
:
:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

PLEASE TAKE NOTICE that, whereas no answer or motion for summary judgment has been filed in the above-captioned proceeding, the plaintiff hereby dismisses the above-captioned action in accordance with, and pursuant to the terms of, Rule 41(a)(1)(A)(i) and 41(a)(1)(B) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       June 17, 2008

                              PLATZER, SWERGOLD, KARLIN, LEVINE,
                              GOLDBERG & JASLOW, LLP
                              Attorneys for Plaintiffs

                              By: /s/ Steven D. Karlin
                                  Steven D. Karlin (SK-0633)
                             1065 Avenue of the Americas - 18th Floor
                             New York, New York 10018
                             Telephone: 212-593-3000
                             Facsimile: 212-593-0353
                             skarlin@platzerlaw.com

*[Handwritten:]* Application granted. This case is closed. So ordered. 6/18/08 [signature] USDJ

G:\wpdocs\working\Clients\CARL HEFTON\Notice of Voluntary Dismissal.wpd

TO:   Christopher M. Mason, Esq.
      Nixon Peabody, LLP
      437 Madison Avenue
      New York, New York 10022